# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 0559

VERSUS

RONALD ULFERS                                         JUL 2 2 2019

---

In Re:    Ronald Ulfers, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          356669.

---

BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

   **WRIT DENIED.**

                              PMc
                              TMH
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT